| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br>RICHARD G. HESTON, ESQ.<br>HESTON & HESTON, Attorney at Law<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>(949) 222-1041 Telephone<br>(949) 222-1043 Facsimile<br>rheston@hestonlaw.com<br>SBN: 90738<br><br>☐ Chapter 13 Trustee<br>☒ Attorney for:  Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 15 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** kaaumoan **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>LISA ANN MCDANIEL<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 2:20-bk-12165-WB<br><br>CHAPTER 13<br><br>**ORDER ☒ GRANTING ☐ DENYING APPLICATION OF ATTORNEY FOR DEBTOR FOR ADDITIONAL FEES AND RELATED EXPENSES IN A PENDING CHAPTER 13 CASE SUBJECT TO A RIGHTS AND RESPONSIBILITIES AGREEMENT**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based on the Application for Additional Fees and Related Expenses in a Pending Chapter 13 Case Subject to a Rights and Responsibilities Agreement (Application) filed on (*date*) **5/26/2022** as docket number **25**, the court orders as follows:

1. ☒ The Application is granted and the Attorney for Debtor is allowed the sum of **$833.00** as compensation for Additional Services and the sum of **$12.94** in expenses related to Additional Services referred to in the Application, and the Chapter 13 Trustee is directed to pay the unpaid balance of ~~**$945.94**~~ *$845.94* from the estate of Debtor as funds permit.

2. ☐ The Application is set for hearing on: (*date*) _____ at (*time*) _____.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*                                          Page 1                                    F 3015-1.12.ORDER.CH13.FEES

3. ☐ The Attorney for Debtor must file and serve appropriate notice of the hearing on Debtor and the Chapter 13 Trustee.

4. ☐ The Application is denied.

5. ☐ Other (*specify*):

###

Date: June 15, 2022

_____
Julia W. Brand
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2017*    Page 2    **F 3015-1.12.ORDER.CH13.FEES**